IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00012-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) WILLIE DAVIS, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for reconsideration. [Doc. 63].

The Defendant seeks reconsideration of the Court's Order denying his request to adjust his sentence in order to give him credit for time served in state custody. For the reasons stated in the Court's prior Order [Doc. 62], the Defendant's request is denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 63], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS SO ORDERED.**   Signed: March 1, 2017

Martin Reidinger
United States District Judge